UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
OLGA P. CONTRERAS             :    Civ. No. 3:21CV01307(SALM)
                              :
v.                            :
                              :
IVAN DARIO GOMEZ              :    November 15, 2021
                              :
------------------------------x
```

## ORDER DISMISSING CASE

On October 4, 2021, self-represented plaintiff Olga P. Contreras ("plaintiff"), filed a civil Complaint [Doc. #1] naming a single defendant, Ivan Dario Gomez. Simultaneously with her Complaint, plaintiff filed a motion for leave to proceed in forma pauperis [Doc. #2], which the Court granted on October 18, 2021. [Doc. #7].

On October 18, 2021, the Court issued an Initial Review Order, dismissing plaintiff's Complaint, without prejudice, for lack of subject matter jurisdiction. See Doc. #8 at 3-5. The Initial Review Order provided that:

> If plaintiff wishes to file an Amended Complaint, she may do so on or before **November 8, 2021.** If plaintiff elects to file an Amended Complaint, she must assert an adequate basis for federal jurisdiction. Plaintiff is further cautioned that she may not challenge a ruling or judgment of the Connecticut Superior Court by filing an action in this Court.

Id. at 5. The Court cautioned that if plaintiff failed to file an Amended Complaint, the case would be closed. See id. A copy

1

of the Court's Initial Review Order was mailed to plaintiff on October 18, 2021. See Doc. #9.

On November 9, 2021, plaintiff filed a letter dated November 6, 2021. [Doc. #10]. The letter does not address the lack of subject matter jurisdiction as identified in the Initial Review Order. See generally id. "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12(h)(3). Accordingly, because the Court has determined that it lacks subject matter jurisdiction over plaintiff's claims, and plaintiff has not cured the deficiencies identified in the Initial Review Order, this matter is **DISMISSED**. See Arbaugh v. Y&H Corp., 546 U.S. 500, 514 (2006) ("[W]hen a federal court concludes that it lacks subject-matter jurisdiction, the court must dismiss the complaint in its entirety."); Yale New Haven Hosp. v. Azar, 457 F. Supp. 3d 93, 101 (D. Conn. 2020) (same).

The Clerk of the Court shall mail a copy of this Order to plaintiff and close this case.

It is so ordered at New Haven, Connecticut, this 15th day of November, 2021.

                                                                             /s/
                                      HON. SARAH A. L. MERRIAM
                                      UNITED STATES DISTRICT JUDGE